DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE MARTIN FERNANDES,**
Appellant,

v.

**SHARON TAUREL,**
Appellee.

No. 4D20-784

[March 4, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 502016DR009804.

Jose Martin Fernandes, Boynton Beach, pro se.

Tyler Jaymeson Cade of TJ Cade Law, LLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***